IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------

JOHN ERIC MERRY,

                Petitioner,

-vs-

CHRISTOPHER LaROSE,

                Respondent.

------------------------------------------------

CASE NO. 5:13 CV 1374

<u>ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DISMISSING THE PETITIONER'S PETITION</u>

UNITED STATES DISTRICT JUDGE LESLEY WELLS

    This matter comes before the Court on United States Magistrate Judge James R. Knepp, II's Report and Recommendation advising that petitioner John Eric Merry's habeas petition be dismissed in its entirety. (Doc. 15). No timely objections have been

filed. The Court, accordingly, adopts the Report and Recommendation as its own.[1] Mr. Merry's habeas petition is dismissed.

    IT IS SO ORDERED.

_/s/ Lesley Wells_
UNITED STATES DISTRICT JUDGE

Date: _Feb. 17 2015_

---

[1] Pursuant to 28 U.S.C. § 636(b)(1), this Court makes a de novo determination of those portions of the R&R to which a timely objection is made. "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee's note.